United States District Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| A.C., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3028 |
| | § | |
| Frank Bisignano, | § | |
| *Defendant*. | § | |

**ORDER OF ADOPTION**

On August 31, 2026, Magistrate Judge Yvonne Y. Ho recommended that Plaintiff's motion for summary judgment be denied, That the Commissioner of Social Security's motion for summary judgment be granted, and that the Commissioner's decision be affirmed (Document No. 15). No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby **ADOPTS** the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on September 18, 2026.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE